RECEIVED
MA... 
Property of U.S. District Court
District of Rhode Island

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

A.T. CROSS COMPANY
and A.T.X. INTERNATIONAL, INC.

Plaintiffs,

v.

PROINNOVATIVE, INC.
and EDWARD C. LEAND d/b/a
ADVANCED ADVERTISING PRODUCTS

Defendants

Civil Action No. CA 06 20S

**NOTICE OF DISMISSAL**

No answer or motion for summary judgment having been served on plaintiff by Proinnovative, Inc. or Edward C. Leand, plaintiff voluntarily dismisses this action with prejudice against Proinnovative, Inc. and without prejudice against Edward C. Leand, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Dated: May 25, 2006

Respectfully Submitted,

Gregory L. Benik (GLB-1515)
NIXON PEABODY LLP
One Citizens Plaza
Providence, Rhode Island 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Attorneys for Plaintiffs
A.T. CROSS COMPANY and
A.T.X. INTERNATIONAL, INC.

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/26/06