**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **A.T. CROSS COMPANY and A.T.X. INTERNATIONAL, INC.** | : | |
| **Plaintiffs,** | : | |
| | : | **C.A. No. 06-20S** |
| **v.** | : | |
| **PROINNOVATIVE, INC. and EDWARD C. LEAND d/b/a ADVANCED ADVERTISING PRODUCTS** | : | |
| **Defendants.** | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE**

I, Robin L. Main, hereby withdraw my appearance for the Plaintiffs, A.T. Cross Company and A.T.X. International, Inc. in the above-referenced matter.

I, Gregory L. Benik, hereby enter my appearance for the Plaintiffs, A.T. Cross Company and A.T.X. International, Inc. in the above-referenced matter.

Robin L. Main, Esq. (#4222)
Hinckley Allen Snyder LLP
1500 Fleet Center
Providence, RI 02903-2393
(401) 457-5278
(401) 457-5279

Gregory L. Benik, Esq. (#1515)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1000
(401) 454-1030